**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60262-EA**

**Jose Demetrio Montiel Fernandez,**

      Petitioner,

v.

**Kristi Noem,** *Secretary of the United States Department of Homeland Security*

      Respondent.

_____/

## ORDER TRANSFERRING CASE

This cause comes before the Court on the respondent's motion to either dismiss or transfer venue because the petitioner is being held in the Middle District of Florida [ECF No. 7]. In response, the petitioner agrees that the petition should have been filed in the Middle District. ECF No. 8.

Therefore, it is **ORDERED AND ADJUDGED**:

1. The motion [ECF No. 7] is **GRANTED**.

2. The Clerk of the Court shall **TRANSFER** this case to the United States District Court for the Middle District of Florida.

3. This **CASE IS CLOSED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 23rd day of March 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

2

Copies Served:

**David Iverson**
Iverson David
1625 N Commerce Parkway
#210
Weston, FL 33326
954-659-8526
Email: diverson@infionline.net

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Liviu Lungu**
DOJ-USAO
99 NE 4th Street
Miami, FL 33132
305-961-9011
Email: liviu.lungu@usdoj.gov